UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 05-CV-72412-DT

TERRI HENRIKSEN,

    Plaintiff(s),

-v-

ASSET ACCEPTANCE LLC, ET.AL,

    Defendant(s).
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the United States Courthouse, in the City of Detroit, State of Michigan on September 27, 2005.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above action should not be dismissed for lack of progress pursuant to Local Rule 41.2, has been mailed to counsel of record. No response has been filed on behalf of the Plaintiff; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 27, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2005, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager